# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC

Florida Commission on Human Relations and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Emmanuel Duperme email: eduperme22@yahoo.com | (786) 416-4530 | 12/01/1973 |

| Street Address | City, State and ZIP Code |
|---|---|
| 896 Dugan Circle SE | Palm Bay, FL 32909 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Orlando Health Melbourne Hospital | 200+ | (321) 752-1200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 250 N. Wickham Road | Melbourne, Florida 32935 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 11/19/2024 | 11/06/2025 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a Black man of Haitian national origin. I was employed by Respondent Orlando Health Melbourne Hospital as a Security Officer beginning on or about November 18, 2024.

Almost immediately after I began working, I was subjected to ongoing harassment and discriminatory treatment by my co-worker, Cobey Bates, who is White. During my second shift of employment, Mr. Bates began questioning me about my national origin, accent, and religion. He repeatedly mocked my Haitian accent and referred to me using racially and ethnically derogatory nicknames, including calling me “Afro Man” and making jokes about my culture and background.

On multiple occasions, Mr. Bates made jokes and comments about my religion and culture in front of other employees. For example, on February 16, 2025, while I was reporting for work during a shift change, Mr. Bates stated in front of others that I was “Seventh-Day African,” mocking my religion and national origin. These comments were humiliating, unwelcome, and created a hostile work environment.

In or around January 2025, I complained verbally to Manager David Fitzpatrick about Mr. Bates’s discriminatory conduct. I was asked whether I wanted to file a formal complaint, but I hesitated because I was still within my probationary period and Mr. Bates had close relationships with management.

On February 18, 2025, after the harassment continued, I made a formal written complaint to Manager Alex Gonzalez, detailing the discriminatory comments and harassment. I was told the complaint was forwarded to Human Resources and that I would be contacted. Despite this, the harassment continued, and no meaningful corrective action was taken.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State or Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

03-16-2026 Emmanuele Duperme

Date *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC

and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In October 2025, during a meeting with management, I again raised concerns about why my discrimination complaint had not been properly investigated, especially after learning that Mr. Bates had been suspended for discriminatory conduct toward other Black employees. Shortly thereafter, I requested a transfer to another location to escape the hostile environment.

On November 3, 2025, Human Resources accused me of sleeping on duty on October 29, 2025. I deny this allegation and believe it was a pretext. On November 6, 2025, I was terminated.

I believe I was terminated in retaliation for repeatedly complaining about discrimination based on my national origin and race. Prior to my complaints, I had not been disciplined, and my job performance was satisfactory. White employees and employees outside my protected classes were treated more favorably and were not subjected to similar harassment or discipline.

I believe that Orlando Health Melbourne Hospital discriminated against me because of my national origin (Haitian) and race (Black) and subjected me to a hostile work environment. I further believe that Respondent retaliated against me for complaining about discrimination, culminating in my termination. This conduct violates Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act, Chapter 760, Florida Statutes.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03-16-2026 — Emmanuele Duperme

Date — *Charging Party Signature*

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.